# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| DAN L. BOGER, on behalf of himself and others similarly situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>CITRIX SYSTEMS, INC.,<br><br>                     Defendant. | C.A. No: 8:19-cv-01234-LKG<br><br>Honorable Lydia Kay Griggsby<br><br>**NOTICE OF SETTLEMENT** |

      Plaintiff Dan L. Boger and Defendant Citrix Systems, Inc. notify the Court that the parties have reached an agreement in principle to settle the case on a class-wide basis, subject to Court approval.  The Parties are preparing a Settlement Agreement and related documents before seeking preliminary approval of the settlement.  The Parties anticipate that a Motion for Preliminary Approval will be filed by December 14, 2022.

Dated: November 17, 2022

By: /s/ *Jonathan Misny*
Jonathan Misny (*Pro Hac Vice*)
Murray Murphy Moul + Basil, LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400

Stephen H. Ring
Stephen H. Ring, PC
9901 Belward Campus Drive, Suite 175
Rockville, MD 20850
Telephone: 301.563.9249
USDC-MD Attorney No. 00405
shr@ringlaw.us

*Counsel for Plaintiff*

Respectfully submitted,

By: /s/ *Esteban Morales*
David Barmak (MD Bar No.: 06816)
dbarmak@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
701 Pennsylvania Avenue NW Suite 900
Washington DC, 20004
Telephone: (202) 434-7300

Joshua Briones (CA SBN: 205293)
jbriones@mintz.com
Esteban Morales (CA SBN: 273948)
emorales@mintz.com
Matthew Novian (CA SBN: 324144)
mjnovian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East Suite 300
Los Angeles, CA 90067
Telephone:  310 586 3200

*Attorneys for Defendant, Citrix Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2022, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed using the Court's Electronic Case Filing System, and thereby served on all parties of record registered with the Electronic Case Filing System.

Dated: November 17, 2022                                              /s/ *Esteban Morales*

81004305v.1